STEVEN G. KALAR
Federal Public Defender
CANDIS MITCHELL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
candis_mitchell@fd.org

Counsel for Defendant Salvador Sandoval-Ochoa

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America**, | No. CR 04-0319 WHA |
| Plaintiff, | |
| v. | **Stipulation and [Proposed] Order Vacating Contested Hearing Date of April 17, 2013, and Setting an Admission Date on May 7, 2013** |
| **Salvador Sandoval-Ochoa**, | |
| Defendant. | |

This Court previously set a contested hearing date based on the agreement of the parties and Mr. Sandoval-Ochoa. Mr. Sandoval-Ochoa has subsequently received sufficient discovery from the government to render the contested hearing moot.

The parties request that Mr. Sandoval-Ochoa's next court date be set for May 7, 2013, so that Mr. Sandoval-Ochoa may make an admission to the allegations he violated his conditions of supervised release.

IT IS SO STIPULATED.

                                                    MELINDA HAAG
                                                    United States Attorney

Dated: April 16, 2013                    */s/ Hartley West*
                                                      HARTLEY WEST
                                                      Assistant United States Attorney

|   |   |
|---|---|
| | STEVEN G. KALAR<br>Federal Public Defender |
| Dated: April 16, 2013 | */s/ Candis Mitchel*<br>CANDIS MITCHELL<br>Assistant Federal Public Defender |

### [PROPOSED] ORDER

For the reasons stated above, and good cause appearing, the Court VACATES the contested hearing date of April 17, 2013, and sets an admission date of May 7, 2013.

IT IS SO ORDERED.

DATED: April 16, 2013.

_____
WILLIAM H. ALSUP
United States District Judge